IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DUANE L. CHRISTENSEN,           )
                                )
    Plaintiff,                  )    8:04CV633
                                )
    v.                          )
                                )
THE QWEST PENSION PLAN,         )
et al.,                         )    ORDER
                                )
    Defendants.                 )

    Upon consideration of the plaintiff's motion for leave to file amended complaint, I note that the motion is untimely and does not appear germane to the original complaint, in that it adds a party and seeks relief not provided under ERISA.

    IT THEREFORE HEREBY IS ORDERED, the motion, filing 38, is denied.

    Dated May 24, 2005.

                                                  BY THE COURT

                                                 s/ *David L. Piester*

                                                 David L. Piester
                                                 United States Magistrate Judge