IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUANE L. CHRISTENSEN, ) | |
| ) | |
| Plaintiff, ) | 8:04CV633 |
| ) | |
| v. ) | |
| ) | |
| THE QWEST PENSION PLAN, ) | |
| et al., ) | ORDER NUNC PRO TUNC |
| ) | |
| Defendants. ) | |

The court's filing 47 order stated the plaintiff's motion to amend was untimely filed. That statement was incorrect; the motion was timely filed. Accordingly, the filing 47 order is corrected as follows:

> Upon consideration of the plaintiff's motion for leave to file amended complaint, the motion does not appear germane to the original complaint, in that it adds a party and seeks relief not provided under ERISA.
>
> IT THEREFORE HEREBY IS ORDERED, the motion, filing 38, is denied.

Dated May 25, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge