IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DUANE L. CHRISTENSEN,** | ) 8:04CV633 |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **MEMORANDUM** |
| | ) **AND ORDER** |
| **THE QWEST PENSION PLAN and** | ) |
| **THE EMPLOYEE BENEFITS** | ) |
| **COMMITTEE OF THE QWEST** | ) |
| **PENSION PLAN,** | ) |
| | ) |
| **Defendants.** | ) |

This matter is before the court upon the Plaintiff's motion (filing 55) for an extension of time in which to file a brief in reply to Defendants' brief in opposition to Plaintiff's motion to alter or amend judgment. The motion is not opposed, and I find that it should be granted.

**IT IS ORDERED:**

1. Plaintiff's motion for extension of time (filing 55) is granted;

2. Plaintiff shall file his brief in reply to Defendants' brief in opposition to Plaintiff's motion to alter or amend judgment on or before Thursday, August 18, 2005; and

3. The Clerk of Court shall adjust the court's computerized record-keeping system to reflect that the "response due" date on Filing 51, Plaintiff's motion to alter or amend judgment, is August 18, 2005.

DATED this 8th day of August, 2005.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge